UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>REVERSE MORTGAGE EDUCATORS, INC.,<br><br>　　　　　　　　　Defendants. | Case No.:  23-cv-848-RBM-KSC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO STAY DISCOVERY [Doc. No. 11]** |

Defendant Reverse Mortgage Educators, Inc. moved to stay discovery until the District Court issues an order on defendant's pending Motion to Dismiss. Doc. No. 11. This Motion can be resolved without oral argument. *See* Civ. L.R. 7.1(d)(1). Plaintiff must file an opposition (or statement of non-opposition) on or before **July 6, 2023**. Defendant may file a reply brief on or before **Jul 13, 2023**.

The Court directs the parties to meet and confer prior to plaintiff's date for filing an opposition and to note the following: except in cases exempted from initial disclosures under Rule 26(a)(1)(B), discovery in civil matters remains closed until the parties have had their Rule 26(f) conference. *See* Fed. R. Civ. P. 26(d)(1). This is not a case exempted from initial disclosures, and the Court has not ordered the parties to complete a Rule 26(f)

conference, which usually occurs three weeks prior to the Early Neutral Evaluation required by this District's Local Rules. Therefore, discovery is presumptively not yet open. If defendant files an answer, which will not occur until the District Court rules on the Motion to Dismiss, this Court will set a deadline for the 26(f) conference and an Early Neutral Evaluation, at which point discovery will commence. The parties are accordingly directed to determine whether a discovery stay is necessary and/or unopposed in this matter.

**IT IS SO ORDERED**.

Dated:  June 23, 2023

Hon. Karen S. Crawford
United States Magistrate Judge