UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>REVERSE MORTGAGE EDUCATORS, INC.,<br><br>                    Defendant. | Case No.: 23-cv-848-RBM-KSC<br><br>**ORDER DENYING AS MOOT MOTION TO STAY DISCOVERY**<br>**[Doc. No. 11]** |

      Defendant Reverse Mortgage Educators, Inc. moved to stay discovery until the District Court issues an order on defendant's pending Motion to Dismiss. Doc. No. 11. The Court ordered the parties to brief the issue. Doc. No. 12. Plaintiff's opposition was due on July 6, 2023. *Id.* Plaintiff filed no opposition. Defendant filed no reply.

      "A party seeking a stay of discovery carries a heavy burden of making a 'strong showing' why discovery should be denied." *Blankenship v. Hearst Corp.*, 519 F.2d 418, 429 (9th Cir. 1975). "The moving party must show a particular and specific need for the protective order, as opposed to making stereotyped or conclusory statements." *Skellerup Indus. v. City of Los Angeles*, 163 F.R.D. 598, 600-01 (C.D. Cal. 1995). Discovery in civil

matters (other than those exempt from making initial disclosures) remains closed until the parties have had their Rule 26(f) conference. *See* Fed. R. Civ. P. 26(d)(1).

This is not a case exempted from initial disclosures, and the Court has not ordered the parties to complete a Rule 26(f) conference, which usually occurs three weeks prior to the Early Neutral Evaluation required by this District's Local Rules. As discovery has not yet commenced, there is no need to issue a stay as requested. The Court will order the parties to engage in a Rule 26(f) conference if the pending Motion to Dismiss is denied and after defendant files an answer. Until then, discovery is closed by operation of law. The motion is accordingly **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated:  July 17, 2023

Hon. Karen S. Crawford
United States Magistrate Judge