1  Thane Charman
2  2270 Boundary St
   San Diego, CA 92104
3  Telephone: 800-673-4384
4  Email: OBEY.TCPA@GMAIL.COM

5  Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.: 23CV0848-RBM-MMP |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE |
| v. | |
| REVERSE MORTGAGE EDUCATORS, INC., a CALIFORNIA CORPORATION. | |
| Defendants, | |

COMES NOW Plaintiff Thane Charman, in his individual capacity and moves to dismiss Defendant REVERSE MORTGAGE EDUCATORS, INC with prejudice pursuant to Rule 41(a)(1)(A)(i)

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Dated: August 11, 2023         respectfully submitted,

By: /S/ <u>Thane Charman</u>

Thane Charman

Plaintiff, Pro SE

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE